**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RALPH BUNTON**                                                              **PLAINTIFF**
**ADC # 109485**

v.            Case No. 4:14-cv-00492-KGB/BD

**GARRY STEWART,** *et al*.                                  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 24).  No objections have been filed, and the time for filing objections has passed.  After careful review, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Therefore, the Court grants defendants' motion for summary judgment (Dkt. No. 12). The Court dismisses with prejudice Mr. Bunton's claims.

SO ORDERED, this 28th day of December, 2015.

_____
Kristine G. Baker
United States District Judge