## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RALPH BUNTON**                                                                 **PLAINTIFF**
**ADC # 109485**

**v.**                         **Case No. 4:14-cv-00492-KGB/BD**

**GARRY STEWART,** *et al*.                                            **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered today, plaintiff Ralph Bunton's

complaint is dismissed with prejudice.  The relief sought is denied.

SO ADJUDGED this 28th day of December, 2015.


_____
Kristine G. Baker
United States District Judge